UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER CASEY CRUZ,<br><br>        Petitioner,<br><br>    v.<br><br>BRANDON PRICE,<br><br>        Respondent. | Case No. 1:18-cv-01360-JLT-CDB (HC)<br><br>ORDER ON STIPULATION CONTINUING STATUS CONFERENCE AND TO HOLD CONFERENCE VIA VIDEO CONFERENCING<br><br>(Doc. 67) |

On July 22, 2024, the Court appointed counsel for Petitioner Peter Casey Cruz to assist in the litigation of his Fourth Amendment claim and referred this matter to the Office of the Federal Public Defender to local counsel for Petitioner. (Doc. 65 at 4). The parties were directed to appear before the Undersigned for a status conference on August 29, 2024, at 10:30 a.m. *Id*. at 5.

On August 10, 2024, Counsel Andrea Renee St. Julian filed a notice of appearance of counsel on behalf of Petitioner. (Doc. 66).

Pending before the Court is the parties' stipulated request for order continuing the status conference and to hold the conference via video conferencing. (Doc. 67). In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. The August 29, 2024, at 10:30 a.m. status conference is continued to September 30, 2024, at 10:30 a.m.; and

1

2. The parties may appear at the hearing remotely via Zoom video conference, and counsel may obtain the Zoom ID and password from the Courtroom Deputy prior to the conference. Absent any request by counsel for Petitioner, the Court will not seek Petitioner's appearance for the status conference by writ ad prosequendum.

IT IS SO ORDERED.

Dated:   **August 15, 2024**

UNITED STATES MAGISTRATE JUDGE