# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER CASEY CRUZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRANDON PRICE,<br><br>　　　　Respondent. | Case No. 1:18-cv-01360-JLT-CDB (HC)<br><br>ORDER DISMISSING PETITION AS MOOT DUE TO DEATH OF PETITIONER |

Peter Casey Cruz filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241 while he was a pretrial detainee in state custody at Coalinga State Hospital. (Doc. 1.) The action was transferred to this Court on October 1, 2018. (Doc. 4.) A motion to dismiss was granted and judgment entered on May 3, 2019. (Docs. 23, 24.) The matter was remanded in part on April 25, 2022. (Docs. 32, 33.) Further proceedings were ongoing when, on April 27, 2025, counsel for petitioner filed a notice indicating that Mr. Cruz passed away on April 16, 2025, as evidenced by the attached death certificate. (Doc. 86.)

A habeas petition must be dismissed on mootness grounds when the court can no longer offer an effective remedy. *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998). A court may dismiss a habeas petition as moot "when an inmate has passed away during the pendency of a proceeding and upon receiving a notice or suggestion of death." *Dellinger v. Mays*, No. 3:09-CV-104-TAV-DCP, 2023 WL

1

2316330, at *2 (E.D. Tenn. Mar. 1, 2023). This is because the purpose of a petition for a writ of habeas corpus is release from custody and a petitioner "who dies is no longer in government custody." *Hartwell v. United States*, No. 20-3524, 2023 WL 6392754, at *1 (3d Cir. Oct. 2, 2023); *see also Cauz v. Lefever*, No. 1:23-CV-00087, 2024 WL 3709864, at *1 (S.D.W. Va. May 23, 2024), *report and recommendation adopted*, No. CV 1:23-00087, 2024 WL 3706612 (S.D.W. Va. Aug. 7, 2024) (dismissing habeas petition upon death of petitioner because "[i]n the context of habeas corpus, a case is rendered moot when the inmate is no longer in the custody being challenged, without collateral consequences, and the court cannot remedy the inmate's grievance").

Accordingly, the petition is **DENIED AS MOOT** and the Clerk of Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:   **April 29, 2025**

_____
UNITED STATES DISTRICT JUDGE